

# Fourth Court of Appeals
## San Antonio, Texas

April 21, 2014

No. 04-14-00069-CR

Charles Arthur **WARREN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR9856B
Honorable Ron Rangel, Judge Presiding

## O R D E R

On April 16, 2014, appellant filed a motion to stay the terms of his community supervision. The State may file a response to the motion on or before **May 2, 2014**. *See Humphries v. State*, 261 S.W.3d 144, 145 (Tex. App.---San Antonio 2008, no pet.).

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of April, 2014.

_____
Keith E. Hottle
Clerk of Court